STELLA SMITH, Individually and as Administratrix of the Estate of JACK SMITH, Deceased, Respondent, v. ELIZABETH SMITH, Appellant, et al., Defendant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

TETRAD COMPANY, INC., Respondent, v. WALTER ROSCH et al., Appellants.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

TRI-STATE HEATING & VENTILATING CORP., Respondent, v. SHAARE ZION CONGREGATION, Appellant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

PHILOMENA ABARNO, Respondent, v. PASQUALE ABARNO, Appellant.

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.